COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
SARAH A. GASKILL, ESQ.
Nevada Bar No. 8461
WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV  89119
sagaskill@wolfewyman.com
Tel: (702) 476-0100
Fax: (702) 476-0101

Attorneys for Defendants
SAXON MORTGAGE SERVICES, INC.,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. and
DEUTSCHE BANK NATIONAL TRUST
COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON T. DALBY, | Case No. |
| Plaintiff, | District Court Case No. A-11-644458-C |
| v. | Dept.:  XV |
| QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; SAXON MORTGAGE SERVICES, INC.; DOES I through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | **PETITION FOR REMOVAL** |
| Defendants. | |

**TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants, SAXON MORTGAGE SERVICES, INC.

("Saxon"), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") and

DEUTSCHE BANK NATIONAL TRUST COMPANY ("Deutsche"), by and through their

attorneys, Wolfe & Wyman LLP, hereby notice the removal of this action to the United States

1

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

District Court and, in support thereof, state the following:

1.      On July 6, 2011, an action was commenced in the District Court, Clark County, Nevada entitled <u>Dalby, et al. v. Quality Loan Service, Inc., et al.</u>, Case No. A-11-644458-C.  A copy of the Complaint is attached hereto as Exhibit A.

2.      Upon information and belief, Saxon, MERS and Deutsche have not been served with a Summons or Complaint in this action.

3.      Upon information and belief, and based on the public database records of the Clark County District Court, as of the date of filing this Petition for Removal, Defendant, Quality Loan Service Corp. does not appear to have been properly served.

4.      Plaintiff brings claims relating to the foreclosure on the real property identified as 550 Blackmore Dr., Henderson, NV 89015 (hereinafter, "Subject Property).

5.      Saxon removes this case pursuant to 28 U.S.C. §1441(b) based on the diversity of citizenship of parties.

6.      Diversity of the parties is satisfied as follows:

   a.   Upon information and belief Plaintiff is a resident of the State of Nevada.

   b.   Saxon is a Texas Corporation with its principal place of business in Texas.

   c.   MERS is a Delaware corporation with its principal place of business in Virginia.

   d.   Deutsche is a California corporation with its principal place of business in California.

   e.   Upon information and belief Quality Loan Services Inc. is a California corporation with its principal place of business in California.

7.      Pursuant to 28 U.S.C. §1332(a), there is a sufficient amount in controversy as the amount of the loan is $221,000.00.  Exhibit A.

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

2

882528.1

8.    Supplemental jurisdiction of any state law claim is proper under 28 U.S.C. § 1367(a).

9.    Counsel for Saxon, MERS and Deutsche to date has attempted to ascertain the identity of counsel for Co-Defendant and contact them to determine their position regarding consent to the Petition for Removal.  Counsel will submit written consent for any necessary parties within the reasonable time.

10.    Based on the above-referenced allegations pursuant to 28 U.S.C. § 1441, et seq., Saxon, MERS and Deutsche are entitled to remove this entire action from the Nevada State District Court, Clark County, Nevada to the United States District Court, District of Nevada, and they so wish to exercise that right.

11.    Pursuant to 28 U.S.C. § 1446(a), Saxon, MERS and Deutsche have annexed all process, pleadings, and orders served upon them.  A copy of the Complaint is annexed hereto as Exhibit A, and a copy of the "Notice of Lis Pendens" is annexed as Exhibit B.

12.    Pursuant to 28 U.S.C. § 1441(c), a true copy of this removal has been filed concurrently with the Nevada State District Court, Clark County and served upon the Plaintiff.

///
///
///
///
///
///
///
///
///
///

3

882528.1

13.     Saxon, MERS and Deutsche reserve the right to supplement this Petition for Removal when additional information becomes available.  Saxon, MERS and Deutsche further reserve all rights including, but not limited to, defenses and objections as to venue, personal jurisdiction and service.  The filing of this Petition for Removal is subject to, and without waiver of any such defense or objection.

DATED:    July 28, 2011                    WOLFE & WYMAN LLP


By:  /s/ Sarah A. Gaskill
        COLT B. DODRILL, ESQ.
        Nevada Bar No. 9000
        SARAH A. GASKILL, ESQ.
        Nevada Bar No. 8461
        980 Kelly Johnson Drive, Suite 140
        Las Vegas, NV 89119
        Phone (702) 476-0100
        Fax (702) 476-0101

        Attorneys for Defendants,
        **SAXON MORTGAGE SERVICES, INC.,
        MORTGAGE ELECTRONIC
        REGISTRATION SYSTEMS, INC. and
        DEUTSCHE BANK NATIONAL TRUST
        COMPANY**

4

882528.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

## CERTIFICATE OF SERVICE

On July 28, 2011, I served the **PETITION FOR REMOVAL** by the following means to the persons as listed below:

_____    a.        EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

_X_    b.        United States Mail, postage fully pre-paid (List persons and addresses.  Attach additional paper if necessary):

> Brandon T. Dalby
> 550 Blackmore Drive
> Henderson, NV 89015
> Plaintiffs in Pro Per

By: _/s/ Mary Grace Morla_
     Mary Grace Morla
     An employee of Wolfe & Wyman LLP

882528.1