UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON T. DALBY,<br><br>        Plaintiff,<br>  v.<br><br>QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; SAXON MORTGAGE SERVICES, INC.; DOES I through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>        Defendants. | Case No.  2:11-cv-01220-LRH -PAL<br><br>**ORDER EXPUNGING LIS PENDENS** |

On September 28, 2011, this Court granted Defendants, SAXON MORTGAGE SERVICES, INC. ("SAXON"), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") and DEUTSCHE BANK NATIONAL TRUST COMPANY's ("DEUTSCHE") Motion to Dismiss (Doc. #20) filed on August 2, 2011 (Doc. #6).

Accordingly, it is hereby requested that the lis pendens recorded on title to

1

1  the real property located at: 550 Blackmore Drive, Henderson, NV 89015, APN: 179-20-110-038 be
2  cancelled, released and expunged.
3      Therefore, the Court, having considered SAXON, MERS, and DEUTSCHE's request, and
4  good cause appearing:
5      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Lis Pendens recorded
6  on title to the real property located at 550 Blackmore Drive, Henderson, Nevada 89015, APN: 179-
7  20-110-038 is hereby cancelled, released and expunged.
8      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that SAXON, MERS and
9  DEUTSCHE shall record a certified copy of this Order in the records of the Clark County Recorder.
10
11 Dated: this 7th day of October, 2011.

                                        _____
                                        LARRY R. HICKS
                                        UNITED STATES DISTRICT JUDGE